WALTER A. GORMAN et al., Appellants, *v.* CITY OF NEW YORK et al., Respondents.

Argued October 24, 1952; decided December 4, 1952.

*James H. Tully, Truman H. Luhrman* and *Edward J. McGowan* for appellants.

*Denis M. Hurley, Corporation Counsel* (*W. Bernard Richland* and *Pauline K. Berger* of counsel), for respondents.

*Miles F. McDonald, District Attorney of Kings County* (*Aaron Nussbaum* and *Aaron E. Koota* of counsel), *amicus curiæ,* in support of respondents' position.

*David Du Vivier* and *William Mason Smith, Jr.,* for the Association of the Bar of the City of New York, *amicus curiæ,* in support of respondents' position.

*Frank S. Hogan, District Attorney of New York County* (*Richard G. Denzer* and *Charles W. Manning* of counsel), *amicus curiæ,* in support of respondents' position.

*Samuel D. Smoleff, Laurence Arnold Tanzer* and *Bernard Hershkopf* for The Citizens Union of the City of New York, *amicus curiæ,* in support of respondents' position.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 304 N. Y. 973.]

In the Matter of a Plan for Readjustment of the Rights of Holders of Investments in a Mortgage Covering 136 TO 138 WEST 55TH STREET, BOROUGH OF MANHATTAN, Guaranteed by LAWYERS TITLE AND GUARANTY COMPANY. (Mortgage No. 430,326.) In the Matter of the Accounting of SAMUEL J. KRINN, as Trustee, Respondent. 138 WEST 55TH STREET CORPORATION, Appellant.

Argued November 18, 1952; decided December 4, 1952.